# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH DAKOTA

In re: HOHRMAN, RONALD ANDREW          § Case No. 12-50152
       HOHRMAN, ROBIN ARLENE           §
                                        §
Debtor(s)                               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   Forrest Allred, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $502,288.89              Assets Exempt: $70,614.89
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,786.86    Claims Discharged
                                               Without Payment: $430,990.58

Total Expenses of Administration: $6,179.18

---

   3) Total gross receipts of $ 22,966.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,966.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $455,187.90 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,179.18 | 6,179.18 | 6,179.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 4,426.30 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 453,785.02 | 101,926.99 | 101,926.99 | 16,786.86 |
| **TOTAL DISBURSEMENTS** | $913,399.22 | $108,106.17 | $108,106.17 | $22,966.04 |

4)  This case was originally filed under Chapter 7 on April 26, 2012. The case was pending for 39 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/22/2015          By: /s/Forrest Allred
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ACCOUNTS RECEIVABLE | 1129-000 | 14,546.93 |
| AUTOMOBILES - 2006 Jeep Commander | 1129-000 | 2,193.11 |
| AUTOMOBILES - 1999 Arctic Cat Powder | 1229-000 | 1,100.00 |
| AUTOMOBILES - 1999 Arctic Cat Powder | 1229-000 | 400.00 |
| AUTOMOBILES - snowmobile trailer | 1229-000 | 375.00 |
| AUTOMOBILES - equipment trailer 6x10 | 1229-000 | 1,300.00 |
| AUTOMOBILES - 2000 Honda ATV | 1229-000 | 800.00 |
| OTHER PERSONAL PROPERTY - wood chipper | 1229-000 | 750.00 |
| OTHER PERSONAL PROPERTY - office sofa | 1229-000 | 100.00 |
| OTHER PERSONAL PROPERTY - cedar cabinet | 1229-000 | 100.00 |
| REAL PROPERTY - Timeshare - Breezy Point | 1210-000 | 500.00 |
| REAL PROPERTY - Timeshare - Causeway on Gull | 1210-000 | 500.00 |
| REAL PROPERTY - Timeshare - Mayan Resorts | 1210-000 | 1.00 |
| HOBBY EQUIPMENT - eliptical machine | 1229-000 | 200.00 |
| HOBBY EQUIPMENT - bow flex | 1229-000 | 100.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,966.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

# EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | First Interstate Bank | 4110-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Highmark FCU | 4110-000 | 4,422.90 | N/A | N/A | 0.00 |
| NOTFILED | First Interstate Bank | 4110-000 | 83,570.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of Oklahoma | 4110-000 | 184,726.00 | N/A | N/A | 0.00 |
| NOTFILED | First Interstate Bank | 4110-000 | 142,469.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$455,187.90** | **$0.00** | **$0.00** | **$0.00** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Forrest Allred, Chapter 7 Trustee | 2100-000 | N/A | 3,046.60 | 3,046.60 | 3,046.60 |
| Forrest Allred, Chapter 7 Trustee | 2200-000 | N/A | 555.81 | 555.81 | 555.81 |
| Forrest C. Allred | 3110-000 | N/A | 1,391.25 | 1,391.25 | 1,391.25 |
| Forrest C. Allred | 3120-000 | N/A | 207.85 | 207.85 | 207.85 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.50 | 10.50 | 10.50 |
| Martin W. Jurisch | 3610-000 | N/A | 416.05 | 416.05 | 416.05 |
| Martin W. Jurisch | 3320-000 | N/A | 150.00 | 150.00 | 150.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.47 | 15.47 | 15.47 |
| Rabobank, N.A. | 2600-000 | N/A | 16.87 | 16.87 | 16.87 |
| International Sureties, LTD | 2300-000 | N/A | 15.86 | 15.86 | 15.86 |
| Rabobank, N.A. | 2600-000 | N/A | 18.80 | 18.80 | 18.80 |
| Rabobank, N.A. | 2600-000 | N/A | 17.58 | 17.58 | 17.58 |
| Rabobank, N.A. | 2600-000 | N/A | 18.21 | 18.21 | 18.21 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 22.34 | 22.34 | 22.34 |
| Rabobank, N.A. | 2600-000 | | N/A | 21.03 | 21.03 | 21.03 |
| Rabobank, N.A. | 2600-000 | | N/A | 24.57 | 24.57 | 24.57 |
| Rabobank, N.A. | 2600-000 | | N/A | 25.34 | 25.34 | 25.34 |
| Rabobank, N.A. | 2600-000 | | N/A | 23.27 | 23.27 | 23.27 |
| Rabobank, N.A. | 2600-000 | | N/A | 30.89 | 30.89 | 30.89 |
| Rabobank, N.A. | 2600-000 | | N/A | 28.91 | 28.91 | 28.91 |
| Rabobank, N.A. | 2600-000 | | N/A | 28.20 | 28.20 | 28.20 |
| Rabobank, N.A. | 2600-000 | | N/A | 33.78 | 33.78 | 33.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $6,179.18 | $6,179.18 | $6,179.18 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 4,426.30 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $4,426.30 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 602.03 | 645.11 | 645.11 | 106.25 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 3,993.15 | 4,021.81 | 4,021.81 | 662.37 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 672.64 | 822.13 | 822.13 | 135.40 |
| 4 | Midwest Credits, Inc. | 7100-000 | 10,014.21 | 9,810.76 | 9,810.76 | 1,615.78 |
| 5 | Student Assistance Foundation | 7100-000 | 13,000.00 | 10,893.88 | 10,893.88 | 1,794.17 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | eCAST Settlement Corp. | 7100-000 | 1,168.90 | 1,240.82 | 1,240.82 | 204.36 |
| 7 | American Express Centurion Bank | 7100-000 | 9,728.00 | 6,931.46 | 6,931.46 | 1,141.58 |
| 8 | Capital Recovery V, LLC | 7100-000 | 470.61 | 495.26 | 495.26 | 81.57 |
| 9 | Capital Recovery V, LLC | 7100-000 | 3,818.49 | 3,709.68 | 3,709.68 | 610.97 |
| 10 | Capital Recovery V, LLC | 7100-000 | 2,593.76 | 2,677.07 | 2,677.07 | 440.90 |
| 11 | American Express Bank FSB | 7100-000 | 33,824.24 | 28,654.17 | 28,654.17 | 4,719.19 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | 32,474.84 | 32,024.84 | 32,024.84 | 5,274.32 |
| NOTFILED | Jefferson Capital Systems | 7100-000 | 5,517.95 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Lauinger Rodenburg Law Firm | 7100-000 | 8,237.46 | N/A | N/A | 0.00 |
| NOTFILED | Midland Funding, LLC | 7100-000 | 10,021.00 | N/A | N/A | 0.00 |
| NOTFILED | Goodyear Credit Plan | 7100-000 | 259.28 | N/A | N/A | 0.00 |
| NOTFILED | Cardworks Servicing, LLC | 7100-000 | 17,486.85 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Millennium Fincl. Group, LLC | 7100-000 | 32,642.40 | N/A | N/A | 0.00 |
| NOTFILED | Valentine & Kebartas, Inc. | 7100-000 | 3,053.05 | N/A | N/A | 0.00 |
| NOTFILED | Vision Financial Group | 7100-000 | 7,387.72 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 5,242.93 | N/A | N/A | 0.00 |
| NOTFILED | Robert Junso Raush, Sturm, Israel, | 7100-000 | 173,912.72 | N/A | N/A | 0.00 |
| NOTFILED | Rapid Recovery Solution | 7100-000 | 15,280.46 | N/A | N/A | 0.00 |
| NOTFILED | Retail Services | 7100-000 | 4,350.23 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank, USA | 7100-000 | 602.00 | N/A | N/A | 0.00 |
| NOTFILED | Breit Law Office, P.C. | 7100-000 | 41,590.62 | N/A | N/A | 0.00 |
| NOTFILED | Breit Law Office, P.C. | 7100-000 | 5,781.85 | N/A | N/A | 0.00 |
| NOTFILED | Breit Law Office, P.C. | 7100-000 | 10,020.63 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $453,785.02 | $101,926.99 | $101,926.99 | $16,786.86 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50152  
**Case Name:** HOHRMAN, RONALD ANDREW  
HOHRMAN, ROBIN ARLENE  
**Period Ending:** 07/22/15

**Trustee:**         (610080)   Forrest Allred, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/26/12 (f)  
**§341(a) Meeting Date:** 05/25/12  
**Claims Bar Date:** 10/21/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  REAL PROPERTY | 350,000.00 | 0.00 | | 0.00 | FA |
| 2  REAL PROPERTY | 129,000.00 | 0.00 | | 0.00 | FA |
| 3  CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 4  BANK ACCOUNTS | 12.00 | 0.00 | | 0.00 | FA |
| 5  BANK ACCOUNTS | 169.70 | 0.00 | | 0.00 | FA |
| 6  BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 7  BANK ACCOUNTS | 50.17 | 0.00 | | 0.00 | FA |
| 8  BANK ACCOUNTS | 109.38 | 0.00 | | 0.00 | FA |
| 9  BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 10 HOUSEHOLD GOODS AND FURNISHINGS | 7,707.00 | 0.00 | | 0.00 | FA |
| 11 BOOKS, ART, COLLECTABLES | 150.00 | 0.00 | | 0.00 | FA |
| 12 WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 13 FURS & JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 14 FIREARMS AND HOBBY EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 15 INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 16 IRAS, PENSION PLANS AND PROFIT SHARING | 65.64 | 0.00 | | 0.00 | FA |
| 17 ACCOUNTS RECEIVABLE | 14,546.93 | 14,546.93 | | 14,546.93 | FA |
| 18 OTHER DEBTS OWING DEBTOR | 13,000.00 | 13,000.00 | | 0.00 | FA |
| 19 AUTOMOBILES - 2006 Jeep Commander | 5,500.00 | 2,193.11 | | 2,193.11 | FA |
| 20 OTHER PERSONAL PROPERTY | 1,425.00 | 0.00 | | 0.00 | FA |
| 21 BANK ACCOUNTS - US Bank Accts (kids)  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 22 AUTOMOBILES - 1999 Arctic Cat Powder  (u) | 1,200.00 | 1,200.00 | | 1,100.00 | FA |
| 23 AUTOMOBILES - 1999 Arctic Cat Powder  (u) | 300.00 | 300.00 | | 400.00 | FA |
| 24 AUTOMOBILES - snowmobile trailer  (u) | 400.00 | 400.00 | | 375.00 | FA |
| 25 AUTOMOBILES - equipment trailer 6x10  (u) | 1,800.00 | 1,800.00 | | 1,300.00 | FA |
| 26 AUTOMOBILES - 2000 Honda ATV  (u) | 800.00 | 800.00 | | 800.00 | FA |
| 27 OTHER PERSONAL PROPERTY - wood chipper  (u) | 500.00 | 500.00 | | 750.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-50152  
**Case Name:** HOHRMAN, RONALD ANDREW  
HOHRMAN, ROBIN ARLENE  
**Period Ending:** 07/22/15

**Trustee:** (610080) Forrest Allred, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 04/26/12 (f)  
**§341(a) Meeting Date:** 05/25/12  
**Claims Bar Date:** 10/21/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | OTHER PERSONAL PROPERTY - office sofa (u) | 100.00 | 100.00 | | 100.00 | FA |
| 29 | OTHER PERSONAL PROPERTY - cedar cabinet (u) | 100.00 | 100.00 | | 100.00 | FA |
| 30 | REAL PROPERTY - Timeshare - Breezy Point (u) | 500.00 | 500.00 | | 500.00 | FA |
| 31 | REAL PROPERTY - Timeshare - Causeway on Gull (u) | 500.00 | 500.00 | | 500.00 | FA |
| 32 | REAL PROPERTY - Timeshare - Mayan Resorts (u) | 1.00 | 1.00 | | 1.00 | FA |
| 33 | HOBBY EQUIPMENT - eliptical machine (u) | 200.00 | 200.00 | | 200.00 | FA |
| 34 | HOBBY EQUIPMENT - bow flex (u) | 100.00 | 100.00 | | 100.00 | FA |
| 34 | **Assets** **Totals** (Excluding unknown values) | **$528,836.82** | **$36,241.04** | | **$22,966.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   April 26, 2014     **Current Projected Date Of Final Report (TFR):**   April 29, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 12-50152 | | Trustee: | Forrest Allred, Chapter 7 Trustee (610080) |
|---|---|---|---|---|
| Case Name: | HOHRMAN, RONALD ANDREW | | Bank Name: | Rabobank, N.A. |
| | HOHRMAN, ROBIN ARLENE | | Account: | ******2966 - Checking Account |
| Taxpayer ID #: | **-***9668 | | Blanket Bond: | $8,817,000.00  (per case limit) |
| Period Ending: | 07/22/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/18/13 | | LCM ENVIRO-SOLUTIONS | sale to debtor & excess exemptions | | | 1,000.00 | | 1,000.00 |
| | {26} | | excess exemptions | 800.00 | 1229-000 | | | 1,000.00 |
| | {28} | | excess exemptions | 100.00 | 1229-000 | | | 1,000.00 |
| | {29} | | excess exemptions | 100.00 | 1229-000 | | | 1,000.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 990.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 980.00 |
| 09/03/13 | | LCM Enviro Solutions | excess exemptions | | | 2,000.00 | | 2,980.00 |
| | {17} | | excess exemptions | 53.64 | 1129-000 | | | 2,980.00 |
| | {30} | | excess exemptions | 500.00 | 1210-000 | | | 2,980.00 |
| | {31} | | excess exemptions | 500.00 | 1210-000 | | | 2,980.00 |
| | {32} | | excess exemptions | 1.00 | 1210-000 | | | 2,980.00 |
| | {33} | | excess exemptions | 200.00 | 1229-000 | | | 2,980.00 |
| | {34} | | excess exemptions | 100.00 | 1229-000 | | | 2,980.00 |
| | {19} | | excess exemptions | 645.36 | 1129-000 | | | 2,980.00 |
| 09/30/13 | {19} | LCM Enviro-Solutions | excess exemptions | | 1129-000 | 1,000.00 | | 3,980.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 3,970.00 |
| 10/28/13 | | LCM Enviro - Solutions | excess exemptions | | | 1,000.00 | | 4,970.00 |
| | {19} | | excess exemptions | 547.75 | 1129-000 | | | 4,970.00 |
| | {17} | | excess exemptions | 452.25 | 1129-000 | | | 4,970.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,960.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 4,950.00 |
| 12/03/13 | {17} | LCM Enviro - Solutions | excess exemptions | | 1129-000 | 1,000.00 | | 5,950.00 |
| 12/27/13 | {17} | Robin & Ronald Hohrman | excess exemptions | | 1129-000 | 1,000.00 | | 6,950.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,940.00 |
| 01/29/14 | | Jurisch Auctioneers, LLC | auction proceeds | | | 3,925.00 | | 10,865.00 |
| | {22} | | auction proceeds | 1,100.00 | 1229-000 | | | 10,865.00 |
| | {23} | | auction proceeds | 400.00 | 1229-000 | | | 10,865.00 |
| | {24} | | auction proceeds | 375.00 | 1229-000 | | | 10,865.00 |
| | {25} | | auction proceeds | 1,300.00 | 1229-000 | | | 10,865.00 |
| | {27} | | auction proceeds | 750.00 | 1229-000 | | | 10,865.00 |
| 01/30/14 | {17} | Robin & Ronald Hohrman | excess exemptions | | 1129-000 | 1,000.00 | | 11,865.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.50 | 11,854.50 |
| 02/05/14 | 101 | Martin W. Jurisch | auctioneer fees & expenses | | | | 566.05 | 11,288.45 |
| | | | auctioneer fees | 416.05 | 3610-000 | | | 11,288.45 |
| | | | auctioneer expenses | 150.00 | 3320-000 | | | 11,288.45 |
| 02/28/14 | {17} | LCM Enviro-Solutions | excess exemptions | | 1129-000 | 1,000.00 | | 12,288.45 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 15.47 | 12,272.98 |
| | | | | Subtotals : | | $12,925.00 | $652.02 | |

{} Asset reference(s)

Printed: 07/22/2015 12:37 PM    V.13.23

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-50152  
**Case Name:** HOHRMAN, RONALD ANDREW  
HOHRMAN, ROBIN ARLENE  
**Taxpayer ID #:** **-***9668  
**Period Ending:** 07/22/15  

**Trustee:** Forrest Allred, Chapter 7 Trustee (610080)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2966 - Checking Account  
**Blanket Bond:** $8,817,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.87 | 12,256.11 |
| 04/30/14 | 102 | International Sureties, LTD | 2014 Bond Premium | 2300-000 | | 15.86 | 12,240.25 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.80 | 12,221.45 |
| 05/30/14 | {17} | LCM Enviro - Solutions | excess exemptions | 1129-000 | 1,000.00 | | 13,221.45 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.58 | 13,203.87 |
| 06/26/14 | {17} | LCM Enviro-Solutions | excess exemptions | 1129-000 | 1,000.00 | | 14,203.87 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.21 | 14,185.66 |
| 07/31/14 | {17} | LCM Enviro-Solutions | excess exemptions | 1129-000 | 1,000.00 | | 15,185.66 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.34 | 15,163.32 |
| 08/28/14 | {17} | LCM ENVIRO-SOLUTIONS | excess exemptions | 1129-000 | 1,000.00 | | 16,163.32 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.03 | 16,142.29 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.57 | 16,117.72 |
| 10/01/14 | {17} | LCM Enviro-Solutions | excess exemptions | 1129-000 | 1,000.00 | | 17,117.72 |
| 10/31/14 | {17} | LCM Enviro - Solutions | excess exemptions | 1129-000 | 1,000.00 | | 18,117.72 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.34 | 18,092.38 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.27 | 18,069.11 |
| 12/01/14 | {17} | LCM Enviro-Solutions | excess exemptions | 1129-000 | 1,000.00 | | 19,069.11 |
| 12/29/14 | {17} | LCM Enviro - Solutions | excess exemptions | 1129-000 | 1,000.00 | | 20,069.11 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.89 | 20,038.22 |
| 01/27/15 | {17} | LCM Enviro - Solutions | excess exemptions | 1129-000 | 1,000.00 | | 21,038.22 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.91 | 21,009.31 |
| 02/26/15 | {17} | LCM Enviro-Solutions | excess exemptions | 1129-000 | 1,041.04 | | 22,050.35 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.20 | 22,022.15 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.78 | 21,988.37 |
| 06/02/15 | 103 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $3,046.60, Trustee Compensation; Reference: | 2100-000 | | 3,046.60 | 18,941.77 |
| 06/02/15 | 104 | Forrest Allred, Chapter 7 Trustee | Dividend paid 100.00% on $555.81, Trustee Expenses; Reference: | 2200-000 | | 555.81 | 18,385.96 |
| 06/02/15 | 105 | Forrest C. Allred | Dividend paid 100.00% on $1,391.25, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,391.25 | 16,994.71 |
| 06/02/15 | 106 | Forrest C. Allred | Dividend paid 100.00% on $207.85, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 207.85 | 16,786.86 |
| 06/02/15 | 107 | Capital One Bank (USA), N.A. | Dividend paid 16.46% on $645.11; Claim# 1; Filed: $645.11; Reference: | 7100-000 | | 106.25 | 16,680.61 |
| 06/02/15 | 108 | Capital One Bank (USA), N.A. | Dividend paid 16.46% on $4,021.81; Claim# 2; Filed: $4,021.81; Reference: | 7100-000 | | 662.37 | 16,018.24 |

Subtotals :    $10,041.04    $6,295.78

{} Asset reference(s)

Printed: 07/22/2015 12:37 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 12-50152 | | | **Trustee:** | Forrest Allred, Chapter 7 Trustee (610080) |
|---|---|---|---|---|---|
| **Case Name:** | HOHRMAN, RONALD ANDREW | | | **Bank Name:** | Rabobank, N.A. |
| | HOHRMAN, ROBIN ARLENE | | | **Account:** | ******2966 - Checking Account |
| **Taxpayer ID #:** | **-***9668 | | | **Blanket Bond:** | $8,817,000.00  (per case limit) |
| **Period Ending:** | 07/22/15 | | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/02/15 | 109 | Capital One Bank (USA), N.A. | Dividend paid  16.46% on $822.13; Claim# 3; Filed: $822.13; Reference: | 7100-000 | | 135.40 | 15,882.84 |
| 06/02/15 | 110 | Midwest Credits, Inc. | Dividend paid  16.46% on $9,810.76; Claim# 4; Filed: $9,810.76; Reference: | 7100-000 | | 1,615.78 | 14,267.06 |
| 06/02/15 | 111 | Student Assistance Foundation | Dividend paid  16.46% on $10,893.88; Claim# 5; Filed: $10,893.88; Reference: | 7100-000 | | 1,794.17 | 12,472.89 |
| 06/02/15 | 112 | eCAST Settlement Corp. | Dividend paid  16.46% on $1,240.82; Claim# 6; Filed: $1,240.82; Reference: | 7100-000 | | 204.36 | 12,268.53 |
| 06/02/15 | 113 | American Express Centurion Bank | Dividend paid  16.46% on $6,931.46; Claim# 7; Filed: $6,931.46; Reference: | 7100-000 | | 1,141.58 | 11,126.95 |
| 06/02/15 | 114 | Capital Recovery V, LLC | Dividend paid  16.46% on $495.26; Claim# 8; Filed: $495.26; Reference: | 7100-000 | | 81.57 | 11,045.38 |
| 06/02/15 | 115 | Capital Recovery V, LLC | Dividend paid  16.46% on $3,709.68; Claim# 9; Filed: $3,709.68; Reference: | 7100-000 | | 610.97 | 10,434.41 |
| 06/02/15 | 116 | Capital Recovery V, LLC | Dividend paid  16.46% on $2,677.07; Claim# 10; Filed: $2,677.07; Reference: | 7100-000 | | 440.90 | 9,993.51 |
| 06/02/15 | 117 | American Express Bank FSB | Dividend paid  16.46% on $28,654.17; Claim# 11; Filed: $28,654.17; Reference: | 7100-000 | | 4,719.19 | 5,274.32 |
| 06/02/15 | 118 | Portfolio Recovery Associates, LLC | Dividend paid  16.46% on $32,024.84; Claim# 12; Filed: $32,024.84; Reference: | 7100-000 | | 5,274.32 | 0.00 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | 22,966.04 | 22,966.04 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 22,966.04 | 22,966.04 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $22,966.04 | $22,966.04 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # ******2966** | 22,966.04 | 22,966.04 | 0.00 |
| | $22,966.04 | $22,966.04 | $0.00 |

{} Asset reference(s)                                                                                                                       Printed: 07/22/2015 12:37 PM    V.13.23